# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Bruce Barnauskas,<br>         Plaintiff<br><br>v.<br><br>Synchrony Bank,<br>         Defendant | Docket 3:17-cv-01120-KM<br><br>(MAGISTRATE JUDGE KAROLINE MEHALCHICK)<br><br><br>FILED ELECTRONICALLY |

## **STIPULATION OF DISMISSAL**

Please dismiss this action without costs and with prejudice.

| | |
|---|---|
| s/ Brett Freeman | s/ Jack P. Bock, III (with consent) |
| Brett Freeman | Jack P. Bock, III |
| Bar Number PA308834 | Bar Number PA201758 |
| Attorney for Plaintiff | Attorney for Defendant |
| Sabatini Law Firm, LLC | Reed Smith LLP |
| 216 N. Blakely St. | 20 Stanwix Street, Suite 1200 |
| Dunmore, PA 18512 | Pittsburgh, PA 15222-4899 |
| Phone (570) 341-9000 | Phone (412) 288-4238 |
| Facsimile (570) 504-2769 | Facsimile (412) 288-3063 |
| Email: bfecf@bankruptcypa.com | Email jbock@reedsmith.com |