IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Bruce Barnauskas,<br>    Plaintiff | Docket 3:17-cv-01120-KM |
| v. | (MAGISTRATE JUDGE KAROLINE MEHALCHICK) |
| Synchrony Bank,<br>    Defendant | FILED ELECTRONICALLY |

## ORDER

The parties having filed a Stipulation of Voluntary Dismissal, IT IS ORDERED that this action is hereby dismissed without costs and with prejudice.

The Clerk of Court is directed to close the case.

Date: 7.24.18

Karoline Mehalchick
United States Magistrate Judge